# United States District Court

## for the

## Western District of Tennessee

### Request for Termination of Supervision Prior to Original Expiration

Name of Offender: Zach Stoops                      Case Number: 1:13CR10006-01-JDB

Name of Sentencing Judicial Officer: The Honorable J. Daniel Breen, Chief U.S. District Court Judge

Date of Original Sentence: 08/28/2013

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Manufacture and Distribute Methamphetamine | | |
| Original Sentence: | Prison –21 Months; TSR -36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew J. Wilson | Date Supervision Commenced: | 03/10/2015 |
| Defense Attorney: | Harold E. Dorsey | Date Supervision Expires: | 03/09/2018 |

## PETITIONING THE COURT

To allow the defendant to be discharged from supervision prior to the expiration of the original term.

## CAUSE

Zach Stoops meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law.  While on Supervised Release, Mr. Stoops has maintained gainful employment, incurred no new arrests, made progressive strides toward achieving supervision objectives, and appears to pose no risk to public safety.  Assistant United States Attorney Matthew J. Wilson has no objections to Mr. Stoops receiving early termination in this matter.

Respectfully submitted,

s/Joseph L. Williams

Joseph L. Williams
U.S. Probation Officer

STOOPS, Zach
March 2, 2017
Page 2

Approved:

s/ Mark Alan Escue            March 2, 2017
_____       _____
Supervising U.S. Probation Officer    Date

**THE COURT ORDERS:**

- ☐ No Action
- ☒ The Offender be released from Supervision
- ☐ Other

**s/ J. DANIEL BREEN**
_____

Signature of Judicial Officer

Date March 6, 2017